THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVELIN LOGISTICS CORPORATION, AS SUBROGOR AND FOR THE USE AND BENEFIT OF THROUGH TRANSPORT MUTUAL INSURANCE ASSOCIATION, LTD. D/B/A T.T. CLUB,<br><br>Plaintiff,<br><br>v.<br><br>SONIQ SERVICES, INC., d/b/a SONIQ TRANSPORTATION AND WAREHOUSE, DHL EXPRESS (USA), INC., DHL De GUATEMALA,<br><br>Defendants. | Civil Action No. 2:17-cv-00958-RSL<br><br>**EX PARTE ORDER AUTHORIZING THE CLERK OF THE COURT TO EXECUTE FORM USM-272 FOR INTER-AMERICAN SERVICE ON DEFENDANT DHL DE GUATEMALA** |

THIS MATTER came before the Court on Plaintiff Javelin Logistics Corporation's Motion to Authorize Form USM-272 for Inter-American Service on Defendant DHL de Guatemala. The Court has reviewed the files and records herein, including specifically Plaintiff Javelin Logistics Corporation's Motion to Authorize Form USM-272 for Inter-American Service and the supporting declaration with exhibits thereto.

EX PARTE ORDER AUTHORIZING CLERK TO EXECUTE
FORM USM-272 FOR INTER-AMERICAN SERVICE - Page 1
Civil Action No. 2:17-cv-00958-RSL

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

Being fully advised on this matter, this Court HEREBY FINDS that inter-American service is required in this matter, and issuance of Form USM-272 is appropriate. Therefore, It Is Hereby

ORDERED that the Clerk of the Court is authorized to execute Form A of USM-272 (attached hereto as **Exhibit A**), specifically including signing and placing their seal on the form where it reads "Signature and stamp of the judicial or other adjudicatory authority of the state of origin" on page 2.

DATED this 17th day of August, 2017.

*/s/ S Lasnik*
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

LE GROS BUCHANAN & PAUL

By: *s/ Markus B.G. Oberg*
Markus B.G. Oberg, WSBA #34914
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Telephone: (206) 623-4990
Fax: (206) 467-4828
Email: moberg@legros.com

Attorneys for Plaintiff Javelin Logistics Corporation,
as subrogor and for the use and benefit of Through
Transport Mutual Insurance Association Ltd. d/b/a T.T. Club

EX PARTE ORDER AUTHORIZING CLERK TO EXECUTE
FORM USM-272 FOR INTER-AMERICAN SERVICE - Page 2
Civil Action No. 2:17-cv-00958-RSL

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990