THE HONORABLE MARSHA J. PECHMAN

# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAVELIN LOGISTICS CORPORATION, AS SUBROGOR AND FOR THE USE AND BENEFIT OF THROUGH TRANSPORT MUTUAL INSURANCE ASSOCIATION, LTD. D/B/A T.T. CLUB,<br><br>Plaintiff,<br><br>vs.<br><br>SONIQ SERVICES, INC., d/b/a SONIQ TRANSPORTATION AND WAREHOUSE, DHL EXPRESS (USA), INC. DHL De GUATEMALA<br><br>Defendants. | Civil Action No. 2:17-cv-00958-MJP<br><br>**DEFENDANT DHL EXPRESS (USA), INC., DEFENDANT DHL De GUATEMALA AND PLAINTIFF'S STIPULATED MOTION TO SET ASIDE DEFAULT**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>Monday, October 30, 2017 |

## STIPULATED MOTION AND RELIEF REQUESTED

Defendants DHL Express (USA), Inc. ("DHL Express") and DHL De Guatemala, by and through their attorneys of record, Tyson & Mendes, LLP, and plaintiff Javelin Logistics Corporation, by and through its attorneys, Le Gros Buchanan & Paul, submit this stipulated motion

Defendant DHL Express (USA), Inc., Defendant DHL De Guatemala and Plaintiff's Stipulated Motion to Set Aside Default (Page 1 of 2)

TYSON & MENDES, LLP
200 West Mercer Street, Suite 411
Seattle, WA 98119
TEL: (206) 420-4267
FAX: (206) 420-4375

under LCR 7(d)(1) to set aside the August 14, 2017 Order of Default entered against DHL Express (USA), Inc. subject to the following conditions:

1. DHL Express will file an Answer within 10 days of the default order being set aside;

2. DHL Express's attorneys will accept service of plaintiff's Summons and Complaint on behalf of DHL De Guatemala; and

3. DHL De Guatemala will file an Answer on the same date that the Answer is filed on behalf of DHL Express.

DATED this ____ day of October, 2017.

Presented by:

By: s/ Markus B.G. Oberg
By: s/ Daniel J. Park
LE GROS BUCHANAN & PAUL, P.S.
Markus B.G. Oberg, WSBA # 34914
Daniel J. Park, WSBA # 42748
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
(206) 623-4990
Attorneys for Plaintiff Javelin Logistics Corporation

Presented by:

By: s/ Levi Bendele
TYSON & MENDES, LLP
Levi Bendele, WSBA # 26411
200 West Mercer Street, Suite 411
Seattle, Washington 98119
(206) 420-4267
Attorneys for Defendants DHL Express (USA), Inc. and DHL De Guatemala

IT IS SO ORDERED.

DATED THIS 31st DAY OF October 2017.

THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Defendant DHL Express (USA), Inc., Defendant DHL De Guatemala and Plaintiff's Stipulated Motion to Set Aside Default (Page 2 of 2)

TYSON & MENDES, LLP
200 West Mercer Street, Suite 411
Seattle, WA 98119
TEL: (206) 420-4267
FAX: (206) 420-4375