1

THE HONORABLE MARSHA J. PECHMAN

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

| | |
|---|---|
| JAVELIN LOGISTICS CORPORATION, AS SUBROGOR AND FOR THE USE AND BENEFIT OF THROUGH TRANSPORT MUTUAL INSURANCE ASSOCIATION, LTD. D/B/A T.T. CLUB,<br><br>        Plaintiff,<br><br>v.<br><br>SONIQ SERVICES, INC., d/b/a SONIQ TRANSPORTATION AND WAREHOUSE, DHL EXPRESS (USA), INC., DHL De GUATEMALA,<br><br>        Defendants. | Civil Action No. 2:17-cv-00958-MJP<br><br>**STIPULATED MOTION AND ███████ ORDER TO EXTEND DEADLINE FOR EXCHANGE OF EXPERT REPORTS**<br><br>**NOTE ON MOTION CALENDAR: FEBRUARY 20, 2018** |

10

11

12

13

14

15

16

17

18

## I. STIPULATED MOTION

19

Subject to the Court's approval, Plaintiff, Javelin Logistics Corporation ("Javelin") and

20

Defendants Soniq Services, Inc. ("Soniq"), DHL Express (USA), Inc., and DHL de Guatemala

21

(collectively, "DHL"), by and through their undersigned counsel, hereby stipulate to a 14-day

22

continuance of the deadline for the parties to exchange reports from expert witnesses under

23

1

2

FRCP 26(a)(2) as established by the Court's Order Setting Trial Date & Related Dates (ECF

No. 27).

3

4

## II. STIPULATION

5

1.     This is a subrogation action that Javelin initiated against Soniq and DHL

6

involving cargo that was allegedly damaged *en route* from the shipper, PCE Paragon Solutions

7

Mexico ("Foxconn") in Guadalajara, Mexico to the consignee in Boardman, Oregon. Javelin,

8

Soniq, and DHL were responsible for different segments of transporting the cargo.

9

2.     On December 1, 2017, the Court issued an Order Setting Trial Date & Related

10

Deadlines which set a deadline for the exchange of expert reports of March 19, 2018 (ECF No.

11

27).

12

3.     DHL Express and DHL de Guatemala are still in the process of gathering

13

information and documents in relation to this case. At the request of counsel for DHL Express

14

and DHL de Guatemala, counsel for Javelin and Soniq have agreed to a short 14-day

15

continuance of the deadline to exchange expert reports.

16

4.     Good cause exists for the continuance pursuant to LCR 16(b)(5). Although the

17

parties are cooperating in discovery, DHL made a late appearance in the lawsuit, and DHL is

18

still in the process of investigating the claims and collecting documents. In addition, several

19

of the relevant fact witnesses from Soniq are no longer Soniq employees and therefore their

20

depositions will need to be secured via compulsory process. Other fact witnesses are located

21

in Guadalajara, Mexico, and additional time will be required to take their depositions. The

22

parties also need time to complete fact discovery before preparing expert reports (or amending

23

expert reports) and taking expert depositions.

STIPULATED MOTION AND █████████
ORDER TO EXTEND DEADLINE FOR EXPERT REPORTS - Page 2
Civil Action No. 2:17-cv-00958-MJP
{28672-00363030;2}

TYSON & MENDES, LLP
200 West Mercer Street, Suite 411
Seattle, WA 98119
TEL: (206) 420-4267
FAX: (206) 420-4375

5.    For these reasons, the parties stipulate and request an order granting the relief from the Court's Order Setting Trial Date & Related Dates (ECF No. 27), and request that the deadline for the exchange of expert reports be continued 14-days until April 2, 2018.

6.    Subject to the Court's approval, the parties propose the following date:

| Event | Current Date | Proposed Date |
|---|---|---|
| Reports from expert witness under FRCP 26(a)(2) due | March 19, 2018 | April 2, 2018 |

DATED this 16th day of February, 2018.

**LE GROS BUCHANAN & PAUL**

By: s/
By: s/
Markus B.G. Oberg, WSBA #34914
Daniel J. Park, WSBA #42748
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Phone: (206) 623-4990
Email: moberg@legros.com
        dpark@legros.com

Attorneys for Plaintiff Javelin Logistics
Corporation, as subrogor and for the use and
benefit of Through Transport Mutual
Insurance Association Ltd. d/b/a T.T. Club

**TYSON & MENDES, LLP**

By: s/
Levi Bendele, WSBA #26411
200 West Mercer Street, Suite 411
Seattle, WA  98119
Phone: 206.420.4267
Email: lbendele@tysonmendes.com
Attorneys for Defendants DHL Express
(USA), Inc. and DHL De Guatemala

**FORSBERG & UMLAUF, P.S.**

By: s/
Ken M. Roessler, WSBA #31886
901 Fifth Avenue, Suite 1400
Seattle, WA  98164
Phone: 206.689.8500
Email: kroessler@foum.law
Attorney for Soniq Services, Inc.

STIPULATED MOTION AND ███████
ORDER TO EXTEND DEADLINE FOR EXPERT REPORTS - Page 3
Civil Action No. 2:17-cv-00958-MJP
{28672-00363030;2}

TYSON & MENDES, LLP
200 West Mercer Street, Suite 411
Seattle, WA 98119
TEL: (206) 420-4267
FAX: (206) 420-4375

1  **ORDER**

2  It is so ORDERED.

3

4  DATED this 27th day of February, 2018.

5

6  JUDGE MARSHA J. PECHMAN
   UNTIED STATES DISTRICT JUDGE

7  *Presented by:*

8  **TYSON & MENDES, LLP**

9

10  By: *s/*
    Levi Bendele, WSBA #26411
    200 West Mercer Street, Suite 411
11  Seattle, WA  98119
    Phone: 206.420.4267
12  Email: lbendele@tysonmendes.com
    Attorneys for Defendants DHL Express
13  (USA), Inc. and DHL De Guatemala

14

15

16

17

18

19

20

21

22

23

STIPULATED MOTION AND [ ]
ORDER TO EXTEND DEADLINE FOR EXPERT REPORTS - Page 4
Civil Action No. 2:17-cv-00958-MJP
(28672-00363030;2)

TYSON & MENDES, LLP
200 West Mercer Street, Suite 411
Seattle, WA 98119
TEL: (206) 420-4267
FAX: (206) 420-4375

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 20 , 2018, I electronically filed the foregoing with the Clerk of
the Court using the CM/ECF system, which will send notification of such filing to The Honorable
Marsha J. Pechman, and serve it on all associated counsel.

Ken M. Roessler, WSBA #31886
FORSBERG & UMLAUF, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Direct: 206.346.3922
Office: 206.689.8500
kroessler@foum.law;
lyndaha@foum.law
Attorney for Soniq Services, Inc.

Markus B.G. Oberg, WSBA #34914
Daniel J. Park, WSBA #42748
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Telephone: (206) 623-4990
Fax: (206) 467-4828
moberg@legros.com
dpark@legros.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true
and correct.

Signed at Seattle, Washington this 20 day of February, 2018.

_____
Libbey Geissinger , Legal Assistant

STIPULATED MOTION AND ▓▓▓▓▓▓
ORDER TO EXTEND DEADLINE FOR EXPERT REPORTS - Page 5
Civil Action No. 2:17-cv-00958-MJP
{28672-00363030;2}

TYSON & MENDES, LLP
200 West Mercer Street, Suite 411
Seattle, WA 98119
TEL: (206) 420-4267
FAX: (206) 420-4375