THE HONORABLE MARSHA J. PECHMAN

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

JAVELIN LOGISTICS CORPORATION, AS SUBROGOR AND FOR THE USE AND BENEFIT OF THROUGH TRANSPORT MUTUAL INSURANCE ASSOCIATION, LTD. D/B/A T.T. CLUB,

Plaintiff,

v.

SONIQ SERVICES, INC., d/b/a SONIQ TRANSPORTATION AND WAREHOUSE, DHL EXPRESS (USA), INC., DHL De GUATEMALA,

Defendants.

10

11

12

13

14

15

16

17

Civil Action No. 2:17-cv-00958-MJP

STIPULATION AND ██████ ORDER FOR EXTENSION OF DEADLINE TO FILE DISCOVERY MOTIONS

18

## STIPULATION

19      The parties hereby agree and stipulate that the current deadline for all motions related

20  to discovery (ECF No. 27) should be extended from the current date of April 18, 2018 to

21  May 4, 2018.  The parties agree and stipulate that good cause exists for the extension of this

22  deadline in order to allow additional time for the DHL defendants to supplement their

23

STIPULATION AND ██████ ORDER FOR EXTENSION OF DEADLINE
TO FILE DISCOVERY MOTIONS - Page 1
Civil Action No. 2:17-cv-00958-MJP
{28672-00401444;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

1    responses to Plaintiff's discovery requests and potentially avoid motion practice relating to

2    same, if possible.

3            DATED this 11th day of April, 2018.

4    **LE GROS BUCHANAN & PAUL**              **FORSBERG & UMLAUF, P.S.**

5                                             By: *s/ Ken M. Roessler (via email
                                              authorization)*
6    By: *s/ Markus B.G. Oberg*               Ken M. Roessler, WSBA #31886
     By: *s/ Daniel J. Park*                  901 Fifth Avenue, Suite 1400
     Markus B.G. Oberg, WSBA #34914           Seattle, WA  98164
7    Daniel J. Park, WSBA #42748              Phone: (206) 689-8500
     4025 Delridge Way SW, Suite 500          Email: kroessler@foum.law
8    Seattle, WA 98106-1271                   Attorneys for Soniq Services, Inc.
     Phone: (206) 623-4990
9    Email: moberg@legros.com
            dpark@legros.com
10

11   Attorneys for Plaintiff Javelin Logistics
     Corporation, as subrogor and for the use and
     benefit of Through Transport Mutual
12   Insurance Association Ltd. d/b/a T.T. Club

13   **TYSON & MENDES, LLP**

14   By: *s/  Levi Bendele (via email
     authorization)*
15   Levi Bendele, WSBA #26411
     200 West Mercer Street, Suite 411
16   Seattle, WA  98119
     Phone: (206) 420-4267
17   Email: lbendele@tysonmendes.com
     Attorneys for Defendants DHL Express
18   (USA), Inc. and DHL De Guatemala

19

20           //

21           //

22           //

23           //

STIPULATION AND ▓▓▓▓▓ ORDER FOR EXTENSION OF DEADLINE
TO FILE DISCOVERY MOTIONS - Page 2
Civil Action No. 2:17-cv-00958-MJP
{28672-00401444;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

1

## ORDER

2

PURSUANT TO THE FOREGOING STIPULATION, there is good cause for the

3

extension requested and it is hereby ORDERED that the deadline for all motions related to

4

discovery is extended from April 18, 2018 to May 4, 2018.

5

DATED this **17** day of **April**, 2018.

6

7

_____

8

HONORABLE MARSHA J. PECHMAN

9

*Presented by:*

10

LE GROS BUCHANAN & PAUL

11

By: *s/ Markus B.G. Oberg*
By: *s/ Daniel J. Park*

12

Markus B.G. Oberg, WSBA #34914
Daniel J. Park, WSBA #42748

13

4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271

14

Telephone: (206) 623-4990
Fax: (206) 467-4828

15

Email: moberg@legros.com
            dpark@legros.com

16

Attorneys for Plaintiff Javelin Logistics
Corporation, as subrogor and for the

17

use and benefit of Through Transport
Mutual Insurance Association Ltd. d/b/a T.T. Club

18

19

20

21

22

23

STIPULATION AND ~~XXXXX~~ ORDER FOR EXTENSION OF DEADLINE
TO FILE DISCOVERY MOTIONS - Page 3
Civil Action No. 2:17-cv-00958-MJP
{28672-00401444;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Marsha J. Pechman, and serve it on all associated counsel.

Ken M. Roessler, WSBA #31886
FORSBERG & UMLAUF, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA  98164
Direct: 206.346.3922
Office: 206.689.8500
kroessler@foum.law;
lyndaha@foum.law
Attorney for Soniq Services, Inc.

Levi Bendele, WSBA #26411
Robert Taitz
TYSON & MENDES, LLP
200 West Mercer Street, Suite 411
Seattle, WA  98119
Phone:   206.420.4267
lbendele@tysonmendes.com
rtaitz@tysonmendes.com
lgeissinger@tysonmendes.com;
Attorneys for Defendants DHL Express (USA),
Inc. and DHL De Guatemala

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 11th day of April, 2018.

s/ Shelley Courter
Shelley Courter, Legal Assistant
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Telephone:       206-623-4990
Facsimile:       206-467-4828
E-mail:          scourter@legros.com

STIPULATION AND ▮▮▮▮▮▮ ORDER FOR EXTENSION OF DEADLINE
TO FILE DISCOVERY MOTIONS - Page 4
Civil Action No. 2:17-cv-00958-MJP
{28672-00401444;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990