THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVELIN LOGISTICS CORPORATION, AS SUBROGOR AND FOR THE USE AND BENEFIT OF THROUGH TRANSPORT MUTUAL INSURANCE ASSOCIATION, LTD. D/B/A T.T. CLUB,<br><br>Plaintiff,<br><br>v.<br><br>SONIQ SERVICES, INC., d/b/a SONIQ TRANSPORTATION AND WAREHOUSE, DHL EXPRESS (USA), INC., DHL De GUATEMALA,<br><br>Defendants. | Civil Action No. 2:17-cv-00958-MJP<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a), the Parties hereby stipulate and agree that this matter has been fully settled. The Parties hereby release with prejudice all claims, counterclaims, cross-claims, or third-party claims that were asserted, or could have been asserted, against one another relating to the crate handling, air transportation, truck transportation, movement of, and damage to the computer server rack in September 2016 that

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE - Page 1
Civil Action No. 2:17-cv-00958-MJP
{28672-00424196;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

forms the basis for the subject matter of this action. Accordingly, this action should be dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 25th day of July, 2018.

**LE GROS BUCHANAN & PAUL**

By: *s/ Markus B.G. Oberg*
By: *s/ Daniel J. Park*
Markus B.G. Oberg, WSBA #34914
Daniel J. Park, WSBA #42748
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Phone: (206) 623-4990
Email: moberg@legros.com
          dpark@legros.com
Attorneys for Plaintiff Javelin Logistics Corporation, as subrogor and for the use and benefit of Through Transport Mutual Insurance Association Ltd. d/b/a T.T. Club

**FORSBERG & UMLAUF, P.S.**

By: *s/ Ken M. Roessler (via email authorization)*
Ken M. Roessler, WSBA #31886
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Phone: (206) 689-8500
Email: kroessler@foum.law
Attorneys for Soniq Services, Inc.

**TYSON & MENDES, LLP**

By: *s/ Levi Bendele (via email authorization)*
Levi Bendele, WSBA #26411
200 West Mercer Street, Suite 411
Seattle, WA 98119
Phone: (206) 420-4267
Email: lbendele@tysonmendes.com
Attorneys for Defendants DHL Express (USA), Inc. and DHL De Guatemala

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE - Page 2
Civil Action No. 2:17-cv-00958-MJP
{28672-00424196;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

# ORDER

It is so ORDERED.

DATED this 26th day of July, 2018.

HONORABLE MARSHA J. PECHMAN

*Presented by:*

LE GROS BUCHANAN & PAUL

By: *s/ Markus B.G. Oberg*
By: *s/ Daniel J. Park*
Markus B.G. Oberg, WSBA #34914
Daniel J. Park, WSBA #42748
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Telephone: (206) 623-4990
Fax: (206) 467-4828
Email: moberg@legros.com
  dpark@legros.com
Attorneys for Plaintiff Javelin Logistics Corporation, as subrogor and for the use and benefit of Through Transport Mutual Insurance Association Ltd. d/b/a T.T. Club

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE - Page 3
Civil Action No. 2:17-cv-00958-MJP
{28672-00424196;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Marsha J. Pechman, and serve it on all associated counsel.

Ken M. Roessler, WSBA #31886
FORSBERG & UMLAUF, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Direct: 206.346.3922
Office: 206.689.8500
kroessler@foum.law;
lyndaha@foum.law
Attorney for Soniq Services, Inc.

Levi Bendele, WSBA #26411
Robert Taitz
TYSON & MENDES, LLP
200 West Mercer Street, Suite 411
Seattle, WA 98119
Phone: 206.420.4267
lbendele@tysonmendes.com
rtaitz@tysonmendes.com
lgeissinger@tysonmendes.com;
Attorneys for Defendants DHL Express (USA), Inc. and DHL De Guatemala

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 25th day of July, 2018.

s/ Shelley Courter
Shelley Courter, Legal Assistant
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
Telephone:   206-623-4990
Facsimile:   206-467-4828
E-mail:   scourter@legros.com

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE - Page 4
Civil Action No. 2:17-cv-00958-MJP
{28672-00424196;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990